1  **B.C. BARMANN, SR., COUNTY COUNSEL**
   **COUNTY OF KERN, STATE OF CALIFORNIA**
2  By Jennifer L. Thurston, Deputy (Bar # 191821)
   County Administrative Center
3  1115 Truxtun Avenue, Fourth Floor
   Bakersfield, California 93301
4  Telephone: (661) 868-3800
   Facsimile:  (661) 868-3805
5
   Attorney for Defendants, County of Kern,
6  Kern County Sheriff's Department,
   Sheriff Mack Wimbish, Deputy Pratt
7  and Deputy Haislip

8

9                **UNITED STATES DISTRICT COURT**

10               **EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STACEY BROWN, | CASE NO. 1:06-CV-00121 OWW TAG |
| Plaintiff, | |
| v. | STIPULATION RE: PERMITTING THE TAKING OF PLAINTIFF STACEY BROWN'S DEPOSITION IN PRISON |
| COUNTY OF KERN, KERN COUNTY SHERIFF'S DEPARTMENT, KERN COUNTY SHERIFF MACK WIMBISH, KERN COUNTY SHERIFF'S DEPUTY PRATT (#200536), KERN COUNTY SHERIFF'S DEPUTY HAISLIP, and DOES 1 through 10, inclusive, sued in both their individual and official capacities, | |
| Defendants. | |

Plaintiff, through his counsel, Donald W. Cook, and defendants County of Kern, its agency the Kern County Sheriff's Department, Mack Wimbish, Deputy Pratt and Deputy Haislip (referred hereafter collectively as "County") through its counsel B.C. Barmann Sr., County Counsel by Jennifer L. Thurston, Deputy County Counsel, hereby stipulate:

   1.   County believes that the deposition of plaintiff, Stacey Brown, is necessary to the defense of the instant lawsuit;

   2.   Plaintiff, Stacey Brown, is a prisoner at the Wasco State Prison -

1  Reception Center;

2      3.    It is anticipated that plaintiff will remain in prison through the remainder of
3  the discovery period;

4      4.    The parties agree that the deposition will occur at Wasco State Prison -
5  Reception Center, 701 Scofield Avenue, Wasco, California or his current place of
6  incarceration on August 8, 2007 at 1:30 p.m., or at a date and time convenient to the
7  parties and the penal institution.

8      5.    County has contacted the Wasco State Prison - Reception Center
9  regarding and received the necessary information regarding scheduling the deposition
10  at the prison.  However, because Wasco State Prison is a reception center, the parties
11  understand that plaintiff may be transferred to another facility before the deposition
12  occurs.  Thus, the parties stipulate that the deposition may be taken at whatever penal
13  institution where plaintiff is housed according to the rules of that institution.

14      6.    The parties agree that they will comply with the rules of the penal
15  institution and will complete whatever forms are required by the institution to allow the
16  deposition to be taken as scheduled.

17

18  Dated: July 27, 2007                      B. C. BARMANN, SR., COUNTY COUNSEL

19                                         By /s/ Jennifer L. Thurston
                                          Jennifer L. Thurston, Deputy
20                                         Attorney for defendants, County of Kern, Kern
                                       County Sheriff's Department, Sheriff Mack
21                                         Wimbish, Deputy Pratt and Deputy Haislip

22

23
24  Dated: July 27, 2007                      ROBERT MANN & DONALD W. COOK

25                                         By /s/ Donald W. Cook
                                         Donald W. Cook
26                                         Attorneys for Plaintiff, Stacey Brown

27

28

## **ORDER**

The Court having read the foregoing Stipulation and good cause appearing therefore, IT IS HEREBY ORDERED that the deposition of plaintiff, Stacey Brown, will occur at Wasco State Prison - Reception Center, 701 Scofield Avenue, Wasco, California or his current place of incarceration on August 8, 2007 at 1:30 p.m., or at a date and time that is convenient to the parties and the penal institution.

IT IS SO ORDERED.

**Dated:   July 27, 2007**                           /s/ Oliver W. Wanger
                                                                  UNITED STATES DISTRICT JUDGE