**ROBERT MANN**, CSB 48293
**DONALD W. COOK**, CSB 116666
ATTORNEYS AT LAW
3435 Wilshire Blvd., Suite 2900
Los Angeles, CA 90010
(213) 252-9444; (213) 252-0091 facsimile
doncook@earthlink.net

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACEY BROWN<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF KERN, KERN COUNTY SHERIFF'S DEPARTMENT, KERN COUNTY SHERIFF MACK WIMBISH, KERN COUNTY SHERIFF'S DEPUTY PRATT (#200536), KERN COUNTY SHERIFF'S DEPUTY HAISLIP, and DOES 1 through 10, inclusive, sued in both their individual and official capacities,<br><br>Defendants. | Case No. 1:06-CV-00121-OWW-TAG<br><br>**ORDER CONTINUING HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR ADJUDICATION**<br><br>(Motion for summary judgment or adjudication hearing 2/4/2008 10:00 AM courtroom 3) |

-1-

1
2
3
4  Upon the parties' stipulation and good cause appearing therefor, IT IS HEREBY ORDERED that the hearing on defendants' motion for summary judgment or summary adjudication, presently set for Monday, January 28, 2008, be and hereby is continued to Monday, February 4, 2008, 10:00 a.m., in Courtroom 3.

DATED: January 22, 2008

/s/ OLIVER W. WANGER
**HON. OLIVER W. WANGER**
United States District Judge