**ROBERT MANN**, CSB 48293
**DONALD W. COOK**, CSB 116666
ATTORNEYS AT LAW
3435 Wilshire Blvd., Suite 2900
Los Angeles, CA  90010
(213) 252-9444; (213) 252-0091 facsimile
E-Mail: doncook@earthlink.net

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACEY BROWN<br><br>          Plaintiff,<br><br>vs.<br><br>COUNTY OF KERN, KERN COUNTY SHERIFF'S DEPARTMENT, KERN COUNTY SHERIFF MACK WIMBISH, KERN COUNTY SHERIFF'S DEPUTY PRATT (#200536), KERN COUNTY SHERIFF'S DEPUTY HAISLIP, and DOES 1 through 10, inclusive, sued in both their individual and official capacities,<br><br>          Defendants. | Case No.  1:06-CV-00121-OWW-TAG<br><br>**ORDER GRANTING WRIT OF HABEAS CORPUS AD TESTIFICANDUM**<br><br>[28 USC § 2241(C)(5); FRCP 81(a)(2)] |

# **O R D E R**

Upon reading the foregoing application, IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Testificandum be issued, directing Edward Flores, Chief, Santa Clara County Department of Corrections, to produce and deliver the prisoner STACEY LARVE BROWN, PFN DYC200, CEN 08007403, who is detained in the Santa Clara

County Department of Corrections, San Jose, California, to the United States District Court for the Eastern District of California, before the Hon. Oliver W. Wanger, Courtroom 3, located at 2500 Tulare Street, Fresno, California, at 8:00 a.m., on April 15, 2008, there to testify the truth according to his knowledge in the within matter, and thereafter to maintain the detainee within the jurisdiction of the Court pending the satisfaction of this Writ or further Order of the Court.

IT IS SO ORDERED.

**Dated:   April 9, 2008**              /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE