1  **B.C. BARMANN, SR., COUNTY COUNSEL**
   **COUNTY OF KERN, STATE OF CALIFORNIA**
2  **By Jennifer L. Thurston, Deputy (Bar # 191821)**
   **County Administrative Center**
3  **1115 Truxtun Avenue, Fourth Floor**
   **Bakersfield, California  93301**
4  **Telephone:  (661) 868-3800**
   **Facsimile:   (661) 868-3805**
5
   **Attorney for Defendants, County of Kern,**
6  **Deputy Pratt and Deputy Haislip**

7

8                     **UNITED STATES DISTRICT COURT**

9                     **EASTERN DISTRICT OF CALIFORNIA**

10

11  **STACEY BROWN**                    )     **CASE NO: 1:06-CV-00121 OWW TAG**
                                         )
12                   **Plaintiff,**      )     **ORDER AFTER HEARING ON**
                                         )     **DEFENDANTS' MOTIONS IN LIMINE**
13       **v.**                          )
                                         )
14  **COUNTY OF KERN; KERN COUNTY**      )
    **SHERIFF'S DEPUTY PRATT (#200536))**
15  **KERN COUNTY SHERIFF'S DEPUTY**     )
    **HAISLIP,**                         )
16                                       )
                     **Defendants.**     )
17  _____)

18

19

20       The Motions in Limine of the defendants in this matter came on regularly for hearing

21  on April 4, 2008, at 12:15 p.m. in Courtroom 3 of the United States District Court, Eastern

22  Division, the Honorable Oliver W. Wanger, presiding.   Plaintiff Stacey Brown was

23  represented by Donald Cook, Esq.  Defendants, County of Kern, Sean Pratt and Royce

24  Haislip were represented by B.C. Barmann Sr., County Counsel, Deputy Jennifer L.

25  Thurston, appearing.

26       Having considered the arguments set forth in the papers submitted by the parties

27  and having heard and considered the arguments of counsel, the Court determines as

28

1 follows:

**1.     Motion in Limine #1 -** (Motion to Exclude Evidence and Argument that a Lesser Amount of Force Would have Controlled Brown) - Granted in part, denied in part.

Denied, to the extent that plaintiff may offer evidence that a lesser amount of force could have been used by defendant Pratt.  Granted to the extent that no testimony may be offered that a lesser amount of force would have controlled Brown as such testimony is speculative.

**2.     Motion in Limine #2 -** (Motion to Exclude Testimony of Almaraz, Kroeber, Dr. Chang, Dr. Garrido, Dr. Prune, Dr. Syed and John Pipes) - Granted in part, denied in part, reserved in part.

Plaintiff has agreed that he will offer the testimony of Drs. Chang, Garrido and Syed and nurse Pipes only.  The Court denies the motion and will allow these witnesses to testify as percipient witnesses but grants the motion in that they may not testify as experts beyond their percipient knowledge.

Plaintiff has agreed that he will offer the testimony of Kroeber only.  The Court orders plaintiff's counsel to make Kroeber available for deposition before trial.  After this is done, the Court will evaluate whether Kroeber's testimony will be admitted.

**3.     Motion in Limine #3 -** (Motion to Exclude Testimony of Almaraz and Kroeber Because they Are Not Percipient Witnesses) - Reserved

Plaintiff has agreed that he will offer the testimony of Kroeber only.  The Court orders plaintiff's counsel to make Kroeber available for deposition before trial.  After this is done, the Court will evaluate whether Kroeber's testimony will be admitted.

**4.     Motion in Limine #4 -** (Motion to Exclude the Testimony of Dr. Syed) - Granted in part, denied in part.

The Court denies the motion and will allow this witness to testify as a percipient witness but grants the motion in that he may not testify as an expert beyond his percipient knowledge.

1  **5.    Motion in Limine #5 -** (Motion to Limit the Testimony of Drs. Chang. Garrido,

2  Prunes and Syed and Nurse Pipes or Alternatively Limit Their Testimony to that of

3  Percipient Witnesses) - Granted in part, denied in part.

4  Plaintiff has agreed that he will offer the testimony of Drs. Chang, Garrido and Syed

5  and nurse Pipes only.  The Court denies the motion and will allow these witnesses to testify

6  as percipient witnesses but grants the motion in that they may not testify as experts beyond

7  their percipient knowledge.

8  **6.    Motion in Limine #6 -** (Motion to Exclude the Medical Records of Plaintiff) -

9  Granted.

10  **7.    Motion in Limine #7 -** (Motion to Exclude the "Kolts' Report") - Granted in part,

11  denied in part.

12  Denied to the extent that the report may be used to impeach Jared Zwickey if he

13  testifies that all law enforcement departments require the suspect to become passive

14  before the police dog is called off.  Also, denied to the extent that the plaintiff may inquire

15  of Zwickey if he knows of the report and whether his opinion is changed by the report.  As

16  to any other use, the motion is granted.

17  **8.    Motion in Limine #8 -** (Motion to Exclude Prior Bad Acts by Pratt or Haislip) -

18  Granted unless and until there is a further FRE 104 hearing.

19  **9.    Motion in Limine #9 -** (Motion to Limit Brown's Testimony Regarding his Claimed

20  Physical and Emotional Injuries to that which is Within His Own Perception) - Granted.

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28

Order After Hearing on Defendants' Motions in Limine

1   **10.    Motion in Limine #10 -** (Motion to Admit the Evidence that Brown Has Been

2   Convicted of Felonies) - Granted.

3          The jury may be informed that Brown has been convicted of felonies for burglary

4   before the crime at issue.  Also, the jury may be informed that Brown was convicted of

5   felony burglary in connection with the crime at issue.  The Court will give a limiting

6   instruction that this evidence may be used to evaluate Brown's credibility but for no other

7   purpose.

8

9          IT IS SO ORDERED.

10

Dated April 17, 2008

11

12                                          /s/ OLIVER W. WANGER
                                            Oliver W. Wanger, Judge

13

14

15

16

17   #06cv121.o.mil.wpd

18

19

20

21

22

23

24

25

26

27

28

Order After Hearing on Defendants' Motions in Limine

4