**FILED**

**JUDGMENT ENTERED**

_____
Date
by _____A. Timken_____
Deputy Clerk
U.S. District Court
Eastern District of California

__XX___   FILE CLOSED

*UNITED STATES DISTRICT COURT*

*EASTERN DISTRICT OF CALIFORNIA*

STACEY BROWN,

       Plaintiff,

vs.

COUNTY OF KERN, ET.AL.,

       Defendant.
_____/

**JUDGMENT IN A CIVIL ACTION**

1:06-CV-00121 OWW/TAG

       JURY VERDICT:  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

       IT IS HEREBY ORDERED AND ADJUDGED that

**JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE JURY VERDICT RENDERED 4/17/2008.**

DATED:

       VICTORIA C. MINOR, Clerk

       /S/ Alice Timken
By:
       Deputy Clerk$^{jgm.civ}$

2/1/95